UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
FILED
AUG 13 2019
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN RE: SOCIAL SECURITY ADMINISTRATION

| | | | |
|---|---|---|---|
| 5:16-352 | 7:16-174 | 7:16-269 | 7:18-62 |
| 5:16-443 | 7:16-184 | 7:16-283 | 7:18-72 |
| 5:17-433 | 7:16-201 | 7:16-288 | |
| 7:16-62 | 7:16-210 | 7:16-292 | |
| 7:16-88 | 7:16-211 | 7:16-292 | |
| 7:16-94 | 7:16-215 | 7:17-2 | |
| 7:16-99 | 7:16-218 | 7:17-11 | |
| 7:16-105 | 7:16-226 | 7:17-27 | |
| 7:16-108 | 7:16-234 | 7:17-33 | |
| 7:16-120 | 7:16-240 | 7:17-45 | |
| 7:16-131 | 7:16-246 | 7:17-47 | |
| 7:16-148 | 7:16-252 | 7:17-144 | |
| 7:16-170 | 7:16-258 | 7:17-160 | |

## ORDER

In accordance with the Commissioner's Notice Regarding Motion for Remand filed in these matters, the Court **HEREBY ORDERS** as follows:

1) the stay of these cases is **LIFTED**;

2) the Commissioner's Motions for Remand Pursuant to Sentence Six of 42 U.S.C §405(g) are **OVERRULED**;

3) the Commissioner's decisions denying the Plaintiffs' disability claims on redetermination are **REVERSED**;

4) the Plaintiffs'' requests to reinstate benefits pending the Commissioner's decision on remand are **GRANTED**;

5) these matters are **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C §405(g) for further proceedings consistent with the Sixth Circuit's decision in *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018); and

6) any pending motions not addressed in this order are **OVERRULED** as **MOOT**.

A separate judgment consistent with this Order will be entered contemporaneously herewith.

This 13th day of August, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge